UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
106 Hickory Court
Mullica Hill, NJ 08062
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on January 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Mahmoud M. Mostafa,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 23-18314/ABA

Hearing:

Judge:  Andrew B. Altenburg, Jr.

## ORDER FOR PAYMENT OF COMPENSATION
## AND EXPENSE TO CHAPTER 7 TRUSTEE

    The relief set forth on the following pages, numbered two (2) through two (2) is **hereby** ORDERED.

**DATED: January 4, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Mahmoud M. Mostafa
Case No:  23-18314/ABA
Caption of Order:   Order for Payment of Compensation and Expenses to
Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$880.00**, and reimbursement of Expenses in the amount of **$14.88** for a total award of **$894.88** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.