UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire, Trustee
106 Hickory Court
Mullica Hill, NJ 08062
(856) 451-7600
JM:5998
Attorney for Chapter 7 Trustee

**Order Filed on January 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Mahmoud M. Mostafa,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 23-18314/ABA

Hearing Date: N/A

Judge: Andrew B. Altenburg, Jr.

ORDER FOR PAYMENT OF ADMINISTRATIVE FEES
FOR ATTORNEY FOR FORMER CHAPTER 7 TRUSTEE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**:

**DATED: January 4, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Mahmoud M. Mostafa
Case No:  23-18314/ABA
Caption of Order:     Order for Payment of Administrative Fees for Attorney
For Former Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for Payment of Administrative Fees for Attorney for Former Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**IT IS FURTHER ORDERED THAT** Joseph D. Marchand, Esquire, as *Attorney for Former Chapter 7 Trustee*, is hereby awarded Compensation in the sum of **$800.00**; and shall be allotted Expenses in the sum of **$86.28;** for a total award of **$886.28**, which shall be treated as an Administrative Expense of the Debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.