Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−18314−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahmoud M. Mostafa
   aka Mahmoud Mohammed Mostafa
   13 Nashua Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2155

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           2/28/24
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 4, 2024
JAN: eag

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-18314-ABA
Mahmoud M. Mostafa                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3
Date Rcvd: Jan 04, 2024                 Form ID: 132                    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahmoud M. Mostafa, 13 Nashua Drive, Sicklerville, NJ 08081-3041 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| r | + | REMAX One Realty, 24 Tanner St, Haddonfield, NJ 08033-2404 |
| 520096557 | + | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520031996 | | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520032000 | | Winslow Emergency Medical Services, Route 73, Hammonton, NJ 08037 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520031976 | ^ | MEBN | Jan 04 2024 20:34:02 | ARS Account Resolution, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 520035332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2024 20:52:17 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031975 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2024 20:47:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520036719 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 04 2024 21:04:58 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031977 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 04 2024 20:52:29 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 520096826 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 04 2024 21:04:56 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 520031978 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 04 2024 20:52:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520093557 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 04 2024 21:04:53 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520031979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2024 20:52:11 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520031980 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2024 21:04:48 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 520031981 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2024 20:48:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520031989 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2024 20:52:04 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520031983 | Email/Text: BNCnotices@dcmservices.com | Jan 04 2024 20:48:00 | Emerg Phy Assoc of S.Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520031984 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 04 2024 21:04:49 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520031985 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2024 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520031986 | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2024 20:47:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520031987 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:51:58 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520031988 | + Email/Text: BKNotice@ldvlaw.com | Jan 04 2024 20:48:00 | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520031990 | ^ MEBN | Jan 04 2024 20:34:35 | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 520031991 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 04 2024 20:48:00 | Midland Credit Management, Inc., as agent for Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 520031992 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 04 2024 20:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520031993 | ^ MEBN | Jan 04 2024 20:34:32 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 520031994 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:52:24 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520031995 | + Email/Text: bankruptcy@rubinrothman.com | Jan 04 2024 20:47:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 520031997 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 04 2024 20:52:22 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520031998 | + Email/Text: bncmail@w-legal.com | Jan 04 2024 20:48:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520031999 | + Email/Text: ClericalSupport@tenagliahunt.com | Jan 04 2024 20:47:00 | Tenaglia & Hunt, PA, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520126781 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 04 2024 20:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520031982 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 04 2024 20:48:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 132 | Total Noticed: 37 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**              **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joseph Marchand
on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net

Rex J. Roldan
on behalf of Debtor Mahmoud M. Mostafa roldanlaw@comcast.net roldanlaw1@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6