UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
106 Hickory Court
Mullica Hill, NJ 08062
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on January 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Mahmoud M. Mostafa,

Debtor

In Bankruptcy Proceeding:
Chapter 13

Case No. 23-18314/ABA

Hearing:

Judge: Andrew B. Altenburg, Jr.

### ORDER FOR PAYMENT OF COMPENSATION
### AND EXPENSE TO CHAPTER 7 TRUSTEE

    The relief set forth on the following pages, numbered two (2) through two (2) is **hereby** ORDERED.

**DATED: January 4, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Mahmoud M. Mostafa
Case No:  23-18314/ABA
Caption of Order:     Order for Payment of Compensation and Expenses to
                                 Chapter 7 Trustee

---

Upon consideration of Joseph D. Marchand, Esquire's application for an order for payment of compensation and expenses to Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, for services rendered as Former Chapter 7 Bankruptcy Trustee, is entitled to Compensation in the amount of **$880.00**, and reimbursement of Expenses in the amount of **$14.88** for a total award of **$894.88** which shall be treated as an Administrative Expense of the debtor's Chapter 13 Bankruptcy Estate and shall be paid by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18314-ABA
Mahmoud M. Mostafa  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Jan 04, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahmoud M. Mostafa, 13 Nashua Drive, Sicklerville, NJ 08081-3041 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joseph Marchand
    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net

Rex J. Roldan
    on behalf of Debtor Mahmoud M. Mostafa roldanlaw@comcast.net roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 04, 2024　　　　　　　　　Form ID: pdf903　　　　　　　　　　　　Total Noticed: 1
TOTAL: 6