Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18314−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahmoud M. Mostafa
   aka Mahmoud Mohammed Mostafa
   13 Nashua Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2155

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 13, 2024.

Dated: June 13, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18314-ABA |
| Mahmoud M. Mostafa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 13, 2024 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahmoud M. Mostafa, 13 Nashua Drive, Sicklerville, NJ 08081-3041 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| r | + | REMAX One Realty, 24 Tanner St, Haddonfield, NJ 08033-2404 |
| 520031996 | | Selip & Stylianou, LLC, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520032000 | | Winslow Emergency Medical Services, Route 73, Hammonton, NJ 08037 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2024 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2024 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 21:11:52 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 21:11:50 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031976 | ^ | MEBN | Jun 13 2024 20:59:59 | ARS Account Resolution, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 520035332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 21:12:20 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520169217 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 21:24:06 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031975 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2024 21:07:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520036719 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 21:34:46 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520031977 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 13 2024 21:22:50 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 520096826 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 13 2024 21:12:17 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 520031978 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 21:12:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520093557 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 13 2024 21:22:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520031979 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:34:59 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520132613 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:23:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520031980 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:23:01 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520031981 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2024 21:10:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520031989 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:50:23 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520031983 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2024 21:09:00 | Emerg Phy Assoc of S.Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 520031984 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 21:23:21 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520031985 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 21:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520031986 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2024 21:07:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520147679 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:12:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520031987 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:11:51 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520031988 | + | Email/Text: BKNotice@ldvlaw.com | Jun 13 2024 21:09:00 | Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520147993 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 21:23:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520031990 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 21:12:04 | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 520031991 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 21:10:00 | Midland Credit Management, Inc., as agent for Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 520143759 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 21:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520169210 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:08:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520096557 | ^ | MEBN | Jun 13 2024 21:00:55 | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520031992 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520031993 | ^ | MEBN | Jun 13 2024 21:00:46 | Quality Asset Recovery, 7 Foster Avenue, Suite 101, Gibbsboro, NJ 08026-1191 |
| 520133667 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 21:10:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520031994 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:11:49 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520031995 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 13 2024 21:07:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 520031997 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: plncf13 | Total Noticed: 46 |

| | | | Jun 13 2024 21:11:45 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 520031998 | + | Email/Text: bncmail@w-legal.com | Jun 13 2024 21:09:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520031999 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jun 13 2024 21:08:00 | Tenaglia & Hunt, PA, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520126781 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2024 21:10:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520031982 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2024 21:10:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net |
| Regina Cohen | on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com |
| Regina Cohen | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com |
| Rex J. Roldan | on behalf of Debtor Mahmoud M. Mostafa roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jun 13, 2024 | Form ID: plncf13 | Total Noticed: 46

TOTAL: 9